UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DALE MAISANO, | ) |
| Plaintiff, | ) |
| v. | ) No 3:17-cv-0565 |
| CORE CIVIC *et al.*, | ) Judge Trauger |
| Defendants. | ) |

## ORDER

The complaint in this action was filed in an improper venue and fails to comply with the Order and Restraining Order entered by Senior United States District Judge Stephen M. McNamee on August 11, 1992. See Maisano v. Lewis, CIV 92-1026-PHX-SMM (MS) (D. Ariz. Aug. 11, 1992) ("Restraining Order"). Pursuant to the Restraining Order, any "[f]ailure to comply strictly with [its] terms . . . will be sufficient ground to deny leave to file." Id. Because the plaintiff made no attempt with his current filing to comply with the Restraining Order, the complaint is hereby **DISMISSED**.

An appeal of this order would not be in good faith, and the Court will not grant leave to appeal *in forma pauperis*.

It is so **ORDERED**.

This is the final judgment in this action, for purposes of Rule 58, Fed. R. Civ. P.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE